# Third District Court of Appeal

## State of Florida

Opinion filed July 21, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1351
Lower Tribunal No. 18-42122

————————

**Allied Aerospace, Inc., et al.,**
Appellants,

vs.

**States Resources Corp.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Marrero, Chamizo, Marcer Law LP and Julio C. Marrero, for appellants.

Lorium Law, and Riley W. Cirulnick (Ft. Lauderdale), for appellee.

Before FERNANDEZ, C.J., and HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed.